UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC PARKER,

        Plaintiff,

v.

ANDREW SAUL,

        Defendant.

_____/

Case No. 20-11162

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
ANTHONY P. PATTI

**ORDER ADOPTING REPORT AND RECOMMENDATION [16], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14]**

On August 23, 2021, the Magistrate Judge issued a Report and Recommendation ("R&R") [16] on Plaintiff's Motion for Summary Judgment [12] and Defendant's Motion for Summary Judgment [14]. The R&R recommended that the Court deny Plaintiff's Motion [12] and grant Defendant's Motion [14]. Neither party has filed an objection to the R&R.

The Court having reviewed the record, the R&R [16] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [12] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [14] is **GRANTED**.

**SO ORDERED**.

|  |  |
|---|---|
| Dated: October 19, 2021 | s/Arthur J. Tarnow<br>Arthur J. Tarnow<br>Senior United States District Judge |